UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BAYANI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director, Immigration and Customs Enforcement ("ICE");  KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents. | Case No.: 26-cv-0266-JES-VET<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 13]** |

Before the Court is Respondents' *ex parte* motion to extend the briefing schedule in the pending motion to enforce judgment regarding Petitioner Mohammad Bayani's bond hearing. ECF No. 13. Respondents state that the parties conferred about obtaining a copy

of the transcript of the bond hearing, per the Court's order, and are still waiting for the transcript to be completed. *Id.*

Considering the importance of a true and complete transcript to the parties' arguments in this matter, the Court **GRANTS** the motion to extend the briefing schedule. Respondents **SHALL RESPOND** to the motion no later than **March 30, 2026**. Petitioner **SHALL FILE** a reply no later than **April 2, 2026**.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Honorable James E. Simmons Jr.
United States District Judge