

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOHAMMAD BAYANI,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director, Immigration and Customs Enforcement ("ICE");  KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Case No.: 26-cv-0266-JES-VET

**ORDER DISMISSING MOTION DUE TO IMPROPER PRO SE FILING BY REPRESENTED PARTY**

**[ECF No. 21]**

Before the Court is a motion by Petitioner Mohammad Bayani ("Petitioner") to enforce this Court's order requiring Respondents to provide Petitioner with a constitutionally adequate bond hearing. ECF No. 21 ("Mot."). It has come to the Court's

attention that Petitioner is currently represented in the Court's records by attorney Brian Jude McGoldrick, who represented him in his underlying habeas petition. *See* ECF No. 1 (petition filed by attorney Brian McGoldrick). However, the present filing appears to have been filed by Petitioner without the assistance of counsel. *See* ECF No. 21.

Represented parties may not make *pro se* filings unless their attorney of record has withdrawn. The Court is therefore unable to consider the motion to enforce at this time, and *sua sponte* **DISMISSES** the motion without prejudice as improperly filed. Petitioner may re-file the motion either with the assistance of his counsel of record, or *pro se* if his counsel of record withdraws as counsel.

**IT IS SO ORDERED.**

Dated: June 16, 2026

Honorable James E. Simmons Jr.
United States District Judge

26-cv-0266-JES-VET