UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOHAMMAD BAYANI,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director, Immigration and Customs Enforcement ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Case No.: 26-cv-0266-JES-VET

**ORDER:**

**(1) GRANTING MOTION TO DISCHARGE COUNSEL;**

**(2) REQUIRING A RESPONSE TO MOTION TO ENFORCE JUDGMENT;**

**(3) SETTING BRIEFING SCHEDULE; and**

**(4) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**

**[ECF Nos. 23, 24]**

Before the Court is a motion by Petitioner Mohammad Bayani ("Petitioner") to discharge counsel, and a motion to enforce the Court's prior order for a bond hearing. ECF Nos. 23, 24. The Court hereby **GRANTS** Petitioner's motion to discharge counsel. ECF

No. 23. The Clerk of the Court **SHALL** remove counsel Brian Jude McGoldrick from this case, and update Petitioner's mailing preferences to his own address to reflect his new *pro se* status.

Next, the Court **ORDERS** Respondents to file a response to the motion to enforce by no later than **August 12, 2026**. The Court further **ORDERS** Respondents to provide a transcript or recording of the bond hearing for the Court's review no later than **August 12, 2026**. Petitioner shall file a reply by no later than **August 21, 2026**.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court").

**IT IS SO ORDERED.**

Dated: August 4, 2026

Honorable James E. Simmons Jr.
United States District Judge