UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MOHAMMAD BAYANI,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD LYONS, Acting Director, Immigration and Customs Enforcement ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Case No.: 26-cv-0266-JES-VET

**ORDER DISMISSING MOTIONS TO ENFORCE HABEAS BOND ORDER AS MOOT**

**[ECF Nos. 24, 29]**

Before the Court are two motions by *pro se* Petitioner Mohammad Bayani ("Petitioner") to enforce this Court's May 8, 2026, order (ECF No. 19) requiring Respondents to provide Petitioner with a constitutionally adequate bond hearing. ECF Nos. 24, 29 ("Motions"). Petitioner is also the petitioner in a separate petition for writ of habeas

corpus, filed on October 14, 2026. *See Bayani v. Blanche et al.,* No. 3:26-cv-05870-JES-VET (S.D. Cal. 10/14/2026). On October 30, 2026, this Court granted that petition and ordered Petitioner's immediate release. *Id.* at ECF No. 8. In light of Petitioner's impending release, the Court **DENIES** the instant Motions as moot. The case is closed.

**IT IS SO ORDERED.**

Dated: October 30, 2026



Honorable James E. Simmons Jr.
United States District Judge